

Russell S. Moriarty, Esq.
800 Westchester Avenue, Suite S-322
Rye Brook, New York 10573
Phone: 212-967-3000
Email: rmoriarty@levineblit.com

June 8, 2026

***Via ECF***

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York

   **Re:**  <u>**Letter Motion for Stay Pending Completion of Arbitration**</u>
       <u>**1:26-cv-03598-JHR Noren v. Balfour & Co. et al.**</u>

Dear Judge Rearden,

  This firm represents the plaintiff in the above-referenced matter. I write to respectfully request that this matter be stayed pending the completion of arbitration.

  The Complaint in this matter was filed by my office on April 30, 2026. On May 1, 2026, counsel for all defendants informed my office that the parties had previously entered into a 'Mutual Agreement to Binding Arbitration'. Counsel also provided a copy of the arbitration agreement to my office on that date. After further communication between counsel, the parties have agreed that the matter should be submitted to binding arbitration, and that this matter be stayed pending the completion of arbitration.

  All parties consent to this request. Counsel for defendants is copied on this letter.  Thank you for your attention to this request.

      Very truly yours,

      LEVINE & BLIT, PLLC

      Russell S. Moriarty, Esq.

Cc:

Eric Gordon, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
*Counsel for Defendants*

Application GRANTED.  The parties shall file a joint status letter within seven (7) days of any of the following events: (i) the conclusion of arbitration; (ii) a settlement among the parties (whether in principle or formally executed); or (iii) resolution of this case by any other means. If none of the foregoing has occurred by **December 10, 2026**, the parties shall file a joint letter on that date apprising the Court of the status of this matter.

The Clerk of Court is directed to stay the case.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 10, 2026